No. 03–471. OHIO v. JONES. Ct. App. Ohio, Summit County. Certiorari denied.

No. 03–483. LONGVIEW INDEPENDENT SCHOOL DISTRICT v. COGGIN. C. A. 5th Cir. Certiorari denied.

No. 03–486. HENRICKSON v. POTTER, POSTMASTER GENERAL. C. A. 5th Cir. Certiorari denied.

No. 03–522. JONES, WARDEN v. FRENCH. C. A. 6th Cir. Certiorari denied.

No. 03–530. WENDT v. REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–545. SCOTT v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03–572. KOZIS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–584. CORDO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–591. WASHBURN v. OFFICE OF THE COMPTROLLER OF THE CURRENCY. C. A. D. C. Cir. Certiorari denied.

No. 03–600. MANDACINA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–5434. LEAL-RIVERA v. UNITED STATES; BATALLA-SANCHEZ v. UNITED STATES; GALVAN-SANCHEZ v. UNITED STATES; REYES-BAUTISTA v. UNITED STATES; ESPINOZA-HERNANDEZ v. UNITED STATES; BELALCAZAR-SOLARTE v. UNITED STATES; MORALES-HERNANDEZ v. UNITED STATES; and ROSTRO-MORALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 245 (third and fifth judgments) and 246 (first and sixth judgments); 73 Fed. Appx. 81 (second and eighth judgments) and 82 (fourth and seventh judgments).

No. 03–5534. HIGUERA-CECENA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.